## Case No. 16,174.

UNITED STATES v. ROBERTSON.

[5 Cranch, C. C. 38.] [1]

Circuit Court, District of Columbia. Nov. Term, 1836.

LARCENY—FALSE PRETENCES.

It is not larceny in A to receive goods under a false pretence that the owner had sent him for them, although A appropriated them to his own use.

The defendant [John Robertson] went to B, who had sold a parcel of cigars to C, and pretended that C had sent for a box of them; upon which B delivered a box to the defendant, who sold it, and gave a false account of the manner in which he had obtained it.

THE COURT (nem. con.) was of opinion that it was not larceny. See Chit. Cr. Law, 907: 2 Russ. Crimes, 118; and Rosc. Cr. Ev. 493.